Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

Pittsburgh Division

CHAUNCEY CHANDLER

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Officer Daniel McEvoy of Sharon Police

District Attorney Kara Rice

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No.  ~~2:21-cv-00026-WSH-CRE~~  20-CV-26

*(to be filled in by the Clerk's Office)*

**FILED**

MAR 29 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Chauncey D Chandler

All other names by which
you have been known:
ID Number                0059869 for the Jail im now at but
Current Institution      Ohio I.D. UV52093
Address                  Mahoning County Justice Center
                         Youngstown        OH        44503
                              City          State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                 Daneil McEvoy
    Job or Title (if known)  Officer for Sharon Police Department
    Shield Number        N/A
    Employer             N/A
    Address
                         Sharon          P.A.        16146
                           City          State        Zip Code

    ☐ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name                 Kara Rice
    Job or Title (if known)  D.A. for Mercer County Common Pleas
                         Court.
    Shield Number        N/A
    Employer             N/A
    Address
                         Mercer          P.A.        16137
                           City          State        Zip Code

    ☐ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

**II.   Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"Defamation of Charchter" because I was in newspapr after I told them I didn't do it. 8th amendmen for the unsuallk Conduct Officer use when I two hand's behind my back, That office is Dainel McEvoy for Sharon Police, false because both X's I was frcc. Con

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Of all Charges I was Charge with both Case No "XH64843 11/14/2018 on 7/31/2019 Case No MJ35202 NT 0000456 2019 This was a biais arrest because I won the first case McEvoy Dancil Charge me with, An for D.A. Kara Rice who acted as DA N my Case, failed to give me Brady

20 - CV - 26

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Yes I'm fillin out this under 42 USC § 1983 under the 8th amendment Cruel an usual Punnishment Officer Perform Police brutailty on Plaintiff, false imprisoment the Plaintiff Spent like 22 months Nr Jail an in ethier Case there was no Conviction on the

**III.    Prisoner Status** Charges filed against him in 7/31/2019 Case No M535 202. MNT 000046 or 11/18/2018 Case No 164843, An the D.A failed To give Brady materail

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*: Which violetes Due Process

[X]    Pretrial detainee

[ ]    Civilly committed detainee

[ ]    Immigration detainee

[ ]    Convicted and sentenced state prisoner

[ ]    Convicted and sentenced federal prisoner

[ ]    Other *(explain)*

**IV.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

11/18/2018 happen outside of the bar i was force out of a bar without anyone Calling Police or no threat nor fights just a bais act on Officer Daneil McEvoy. 11/19/21. Mc Evoy of Sharon Police Stated them idoits let you, but you going down tonight, an why Cuff's is on behind he tried his best to hur me withou a Cause

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Not sure the time both at night
There are two dates. (1) 11/18/2018
Case Docket#164-843 Possession Firearm(2) 7/31/2019 Case NO
MJ 35 202, MNT 0000456 2019, Both N Mecer Common Pleas Court

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Well the facts are in the criminal report as I was
Charge, Evidence was deficent an I was free of all
Charges on both docket's diffrent year. However 7/31/19
Officer Daneil Mc Evoy showed Police brutailty when
I was handCuff in back seat snatch me out an put his
finger threw the cuff an Im face down on the road as he
V.    **Injuries**      force down on my back sawbone trying to break it
                        two officer was on the seen don't remeber names.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No no injures was reported I ask for help an
amblulance but I was treated in a baisis manor
that I was denied, Mental I was on ever axiety
medicine in Mercer County Jail an the Court
Can see how I was brought in 8/01/19 an See how
I look at that monment.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want Justice, and also Money damages
for false imprisoment for both cases Charge from
Sharon Police Departmen. 200 a day for like 22 months $146,000.00
Police brutailty $300,000.00 8th amendment $80,000.00 axiety
an the fear of a Cop everytime I see them 250,000.00
14 amendment $80,000.00 + Defamation of Charachter 1,000,000.00
For putting me in Sharon P. A. News Paper after at crime
Scence 7/31/2019 Case MJ 35 202, MNT 0000456-2019 running up
to the police for help being a victim attack by Dog's an
being arrested for nothing, later lie detector shows results i was tell
being arrested for, nothing, later   amount $13,410,146.00 for this suit

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_____

2.    What did you claim in your grievance?

_____

3.    What was the result, if any?

_____

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.　　If you did not file a grievance:

　　1.　If there are any reasons why you did not file a grievance, state them here:

_____

　　2.　If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I was N Mercer County Jail at the So,
I ask Mecer County ↑ Clerk of Court Proper
Paper work to file an exsplain my reason,

G.　　Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3-22-21

Signature of Plaintiff    *Chauncey D. Chandler*

Printed Name of Plaintiff    Chauncey D Chandler

Prison Identification #    0059869

Prison Address    Mahoning County Justice 110 5th Ave
    Youngstown    OH    44503
    *City*    *State*    *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

    _____
    *City*    *State*    *Zip Code*

Telephone Number    _____

E-mail Address    _____