IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAUNCEY D. CHANDLER, | ) |
| Plaintiff, | ) Civil Action No. 20-26 |
| v. | ) District Judge W. Scott Hardy<br>) Chief Magistrate Judge Cynthia Reed Eddy |
| OFFICER DANIEL MCEVOY, | ) |
| Defendant. | ) |

**JUDGMENT ORDER**

AND NOW, this 1st day of June, 2022, the Court having dismissed Plaintiff's Amended Complaint with prejudice by separate Memorandum Order on this date,

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc: All counsel of record (*via CM-ECF*)

Chauncey D. Chandler (*via U.S. mail*)
781207
Southeastern Correctional Institute
5900 BIS Road, SW
Lancaster, OH 43130

1